**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03528-LTB-CBS

SANDRA BURT,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Plaintiff's Fourth and Fifth Claims for Relief Against Defendant Without Prejudice (Doc 16 - filed May 9, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiff's Fourth and Fifth Claims for Relief shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:  May 12, 2014