**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03528-LTB-CBS

SANDRA BURT,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion for Leave to Withdraw (Doc 18 - filed July 2, 2014) is **GRANTED**. Stephanie A. Montague is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by Suzanne Lambdin of Lambdin & Chaney, LLP.

Dated: July 3, 2014