**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03528-LTB-CBS

SANDRA BURT,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Plaintiff's Claims for Relief Against Defendant Related to the Accident of April 4, 2011 With Prejudice (Doc 20 - filed August 7, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiff's Claims for Relief Related to the Accident of April 4, 2011 shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs. Plaintiff's Breach of Contract Claim relating to the accident of May 2, 2010 are not affected by this Order.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   August 8, 2014