**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03528-LTB-CBS

SANDRA BURT,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 22 - filed October 20, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:  October 21, 2014